FILED

01/13/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0672

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0672

IN THE MATTER OF:

P.S.

Respondent and Appellant.

## GRANT OF EXTENSION

Upon consideration of the State's motion for a 30-day extension of time, and good cause appearing therefor, the State is granted an extension of time to and including February 22, 2025, within which to prepare, file, and serve the Appellee's response brief.

CLG

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 13 2025